Cite as 2013 Ark. 386



# SUPREME COURT OF ARKANSAS

### No.

| | |
|---|---|
| IN RE SUPREME COURT COMMITTEE ON MODEL JURY INSTRUCTIONS–CIVIL | **Opinion Delivered** October 3, 2013 |

## PER CURIAM

The court expresses its gratitude to Tim Cullen, Esq., of Little Rock, whose term has expired, for his valuable service to the Supreme Court Committee on Model Jury Instructions–Civil.